IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03325-MSK-MJW

CITY OF TAYLOR POLICE AND FIRE RETIREMENT SYSTEM, individually and on behalf of all similarly situated,

Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, and
SCOTT T. SCHEIRMAN,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Scheduling/Planning Conference (Docket No. 18) is GRANTED insofar as the Scheduling Conference set for February 13, 2014 at 10:30 a.m. shall be converted to a Status Conference. All deadlines associated with the Scheduling Conference are vacated.

Date: January 9, 2014