# **EXHIBIT B**

**CERTIFICATION IN SUPPORT OF SEB INVESTMENT MANAGEMENT AB'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

SEB Investment Management AB ("SEB Investment Management" or "Plaintiff"), on behalf of the Fund listed in the attached Schedule A, declares, as to the claims asserted under the federal securities laws, that:

1. SEB Investment Management did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. SEB Investment Management is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are Plaintiff's transactions in *The Western Union Company* (NYSE: WU) common stock during the Class Period.

4. SEB Investment Management has full power and authority to bring suit to recover for investment losses on behalf of its Funds.

5. Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Johan Sundin, am authorized to make legal decisions on behalf of SEB Investment Management.

7. SEB Investment Management intends to actively monitor and vigorously pursue these actions for the benefit of the Class.

8. SEB Investment Management will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. SEB Investment Management has not served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of February, 2014.

For and on behalf of
SEB Investment Management AB

By: [signature]
Name: Johan Sundin
Title: Senior Legal Counsel

## Schedule A

**TTRY - SEB Trygg Placeringsfond**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | BUY | 9/26/2012 | 19,400 | 18.4690 |
| Com Stk | BUY | 10/9/2012 | 75,300 | 18.3884 |
| Com Stk | BUY | 10/26/2012 | 7,700 | 17.9574 |
| Com Stk | BUY | 10/26/2012 | 11,300 | 17.9574 |
| Com Stk | BUY | 10/26/2012 | 13,300 | 17.9574 |
| Com Stk | BUY | 10/26/2012 | 14,000 | 17.9574 |
| Com Stk | BUY | 10/26/2012 | 18,400 | 17.9574 |
| Com Stk | BUY | 10/26/2012 | 196,900 | 17.9574 |
| Com Stk | BUY | 10/26/2012 | 555,100 | 17.9574 |

**CERTIFICATION IN SUPPORT OF SEB ASSET MANAGEMENT S.A'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

SEB Asset Management S.A. ("SEB Asset Management" or "Plaintiff"), on behalf of the Funds listed in the attached Schedule A, declares, as to the claims asserted under the federal securities laws, that:

1. SEB Asset Management did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. SEB Asset Management is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are Plaintiff's transactions in *The Western Union Company* (NYSE: WU) common stock during the Class Period.

4. SEB Asset Management has full power and authority to bring suit to recover for investment losses on behalf of its Funds.

5. Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Johan Sundin, am authorized to make legal decisions on behalf of SEB Asset Management.

7. SEB Asset Management intends to actively monitor and vigorously pursue these actions for the benefit of the Class.

8. SEB Asset Management will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. SEB Asset Management has not served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of February, 2014.

For and on behalf of
SEB Asset Management S.A.

By: Johan Sundin
Name: Johan Sundin
Title: Senior Legal Counsel

## Schedule A

**GLOBAL - SEB Global Fund**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | BUY | 7/19/2012 | 39,600 | 17.0078 |

**LAMERIKA - SEB U.S. Index Fund**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | BUY | 3/5/2012 | 4,800 | 17.1400 |

**LMILJO - SEB Ethical Global Index**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | BUY | 7/13/2012 | 15,100 | 16.6900 |