IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03325-MSK-MJW

SEB ASSET MANAGEMENT S.A., and
SEB INVESTMENT MANAGEMENT AB,

Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, and
SCOTT T. SCHEIRMAN,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      The parties have filed cross motions for protective orders and for ESI protocol. (docket nos. 105 and 106).  The court has reviewed both motions (docket nos. 105 and 106) and the attached proposed protective orders and ESI protocols.  In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law.  For the reasons stated in Lead Plaintiffs' Cross Motion for Entry of Protective Order and Electronically Stored Information Discovery Protocol (docket no. 106), which I incorporate by reference, the Lead Plaintiffs' Cross Motion for Entry of Protective Order and Electronically Stored Information Discovery Protocol (docket no. 106) is **GRANTED.**  The written Protective Order (docket no. 106-2) is **APPROVED** as amended in paragraphs 13 a, 13 c, and 21 and made an Order of Court.  The Order Concerning Protocol for Production of Electronically Stored Information (docket no. 106-1) is **APPROVED** and made an Order of Court.

      It is hereby **FURTHER ORDERED** that Defendants' Motion for Entry of Defendants' Proposed Protective Order and ESI Protocol (docket no. 105) is **DENIED.**.

Date: November 18, 2015